DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
TONY JACKIE HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY JACKIE HERNANDEZ,<br><br>    Petitioner,<br><br>    v.<br><br>BILL LOCKYEAR, et al.,<br><br>    Respondents. | No. CIV S-06-1106 DFL GGH<br><br>ORDER |

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that David Martin shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: 8/16/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
United States Magistrate Judge

her1106.sub