IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY JACKIE HERNANDEZ,

    Petitioner,               No. CIV S-06-1106 DFL GGH P

    vs.

BILL LOCKYER, et al.,

    Respondents.         ORDER

_____/

    Petitioner has filed an unopposed request for extension of time to file a joint scheduling statement. Good cause appearing, IT IS HEREBY ORDERED that the joint scheduling statement is due on or before November 22, 2006.

DATED: 8/28/06

                /s/ Gregory G. Hollows

                GREGORY G. HOLLOWS
                UNITED STATES MAGISTRATE JUDGE

ggh:kj
hern1106.eot