IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY JACKIE HERNANDEZ,

    Petitioner,          No. CIV S-06-1106 DFL GGH P

    vs.

BILL LOCKYER, et al.,

    Respondents.          ORDER

                                    /

    Respondents have filed a request for extension of time to file a joint scheduling statement. Good cause appearing, IT IS HEREBY ORDERED that the joint scheduling statement is due on or before December 22, 2006.

DATED: 11/28/06

                                                  /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE

GGH:bb
hern1106.111