IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY JACKIE HERNANDEZ,

    Petitioner,        No. CIV S-06-1106 DFL GGH P

  vs.

BILL LOCKYER, et al.,

    Respondents.       <u>ORDER</u>

_____/

On November 30, 2006, the parties submitted a joint scheduling statement. Good cause appearing, the court makes the following ORDERS:

1. Within sixty days of the date of this order, petitioner shall submit either an amended petition containing exhausted claims only, or an amended petition containing exhausted and unexhausted claims with a motion to stay proceedings;

2. Respondent's response to the amended petition is due thirty days thereafter.

DATED: 12/12/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

hern1106.sch