IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY JACKIE HERNANDEZ,

    Petitioner,　　　　　　　No. CIV S-06-1106 DFL GGH P

  vs.

BILL LOCKYER, et al.,

    Respondents.　　　　　　ORDER

_____/

    Petitioner has requested an extension of time to file an amended petition. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's February 9, 2007, motion for extension of time is granted;

    2. Petitioner's amended petition is due on or before February 28, 2007.

DATED: 2/15/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

hern1106.eot