IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY JACKIE HERNANDEZ,

    Petitioner,               No. CIV S-06-1106 DFL GGH P

   vs.

BILL LOCKYER, et al.,

    Respondent.          ORDER

_____/

        On February 28, 2007, petitioner filed an amended petition and an application to stay proceedings pending exhaustion of additional claims.

        Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order respondent shall file either a statement of non-opposition or an opposition to petitioner's application to stay .

DATED: 3/7/07

                               /s/ Gregory G. Hollows

                               UNITED STATES MAGISTRATE JUDGE

hern1106.ord