IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TONY JACKIE HERNANDEZ,** | CIV S-06-1106 DFL GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES YATES, Warden,** | |
| Respondent. | |

    GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent be allowed to file an answer within thirty days of the Court's order in the event the Court denies petitioner's application for stay and abeyance.

Dated: 4/3/07

/s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows

1  hern1106.eot

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28