IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY JACKIE HERNANDEZ,<br><br>          Petitioner,<br><br>vs.<br><br>JAMES YATES, *et al.*,<br><br>          Respondents. | No. 2:06-cv-01106-JKS-GGH<br><br>ORDER |

      Petitioner, a state prisoner proceeding *pro se*, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On August 1, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty days.  No objections to the Findings and Recommendations have been filed.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has reviewed the record on its face and finds no clear error.

      Accordingly, IT IS HEREBY ORDERED THAT:

1. The Findings and Recommendations filed August 1, 2007, are adopted in full;
2. Petitioner's motion for a stay at Docket No. 24 is DENIED;
3. Respondents are directed to serve and file an answer within 60 days of the date of this order; and
4. Petitioner is directed to file a reply within 20 days after Respondents have served and filed their answer.

      Dated:  January 9, 2008

                                                                  s/ James K. Singleton, Jr.<br>
                                                                 JAMES K. SINGLETON, JR.<br>
                                                                 United States District Judge