IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TONY JACKIE HERNANDEZ, | ) | Civ. S-06-1106 JKS GGH |
| | ) | |
| Petitioner-Appellant, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| JAMES YATES, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Petitioner be allowed to file a Reply to Respondent's Answer to the Petition of Writ of Habeas Corpus is extended an additional 20 days, up to and including April 16, 2008.

Dated: 03/25/08        /s/ Gregory G. Hollows

                                                  Honorable GREGORY G. HOLLOWS
                                                  United States Magistrate Judge

hern1106.eot